No. 34,422

Ruth Elizabeth Axe, *Appellant*, v. Bertha Wilson (also known as Bertha V. Wilson), *Appellee.*

(96 P. 2d 880)

Opinion filed December 9, 1939.

*Paul H. White, Robert C. Foulston, George Siefkin, Sidney L. Foulston, Lester L. Morris, George B. Powers, Carl T. Smith, C. H. Morris* and *John F. Eberhardt,* all of Wichita, for the appellant.

*Henry Lampl, Maurice Lampl, Rupert Teall* and *Austin M. Cowan,* all of Wichita, for the appellee.

No. 34,339

Ruth Elizabeth Axe, *Appellee,* v. Bertha Wilson (also known as Bertha V. Wilson), as an Individual and as Executrix of the Last Will and Testament of G. A. Wilson, Deceased, *Appellant.*

(96 P. 2d 880)